■ BUILDING SYSTEMS HOUSING CORPORATION, Appellant, v FEDERAL PACIFIC ELECTRIC COMPANY et al., Respondents. (And Another Action.)—Appeal unanimously dismissed as moot, without costs *(see,* mem in *Charlotte Lake Riv. Assocs. v American Ins. Co.,* 130 AD2d 947). (Appeal from order of Supreme Court, Monroe County, Siracuse, J.—amend ad damnum clause.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.